COURT OF APPEALS
FIRST DISTRICT
301 FANNIN St.
HOUSTON, TX 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 12 2015

CHRISTOPHER A. PRINE
CLERK

ALI YAZDCHI
V.
MIKE JONES & SAM ADAMO

RE: COURT OF APPEAL # 01-15-00438-CV
Trial COURT case # 2015-05013

ALI YAZDCHI, Notice of Change Address

Dear SiR/Mam:
Attention: be advised that any Further, correspondence
relevant to the above ~~case~~ case should be
Forwarded to me at My mailing Address below

ALI YAZDCHI
2100 TANGLEWILDE 262
HOUSTON, TX. 77063
Tel. 832-703-8901

CC: opposing Party (Parties)

Respectfully submitted
ALI YAZDCHI, Pro se

May 18/2015

USA FOREVER

NORTH HOUSTON TX 773

30 JUN 2015 FRI 5 L

ALI YAZDCHI
2160 TANGLEWILDE 662
Houston, TX. 77063

To:

Court of Appeals
First District
301 FANNIN St.
Houston, TX. 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN 1 2 2015

CHRISTOPHER A. PRINE
CLERK

77002206659